**VIRGINIA:  IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON**

SEBRENA Y. TUCKER,

      Plaintiff,

v.                                                                          Case No. CL12-1002

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE STRUCTURED
ASSET SECURITIES CORP. MORTGAGE
PASS-THROUGH CERTIFICATES,
2006-EQ1,

WELLS FARGO, N.A. d/b/a
AMERICA'S SERVICING COMPANY,

EQUITY TRUSTEES, LLC,

AND

MORTGAGE ELECTRONIC
REGISTRATION SERVICE, INC.,

      Defendants.

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants, U.S. Bank National Association, as Trustee

for the Structured Asset Securities Corp. Mortgage Pass-Through Certificates, 2006-EQ1, Wells

Fargo Bank, N.A. d/b/a Americas Servicing Company, Equity Trustees, LLC and Mortgage

Electronic Registration Service, Inc., by counsel, without waiving any available defenses or

rights, sent their Notice of Removal of this action to the United States District Court for the

Eastern District of Virginia, Newport News Division, on May 8, 2012.  A copy of the Notice of

Removal is attached hereto as **Exhibit A.**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446, this Notice is provided to

the Circuit Court of the City of Hampton, Virginia, to effect removal, and the Circuit Court shall

proceed no further unless and until this case is remanded.



**U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE STRUCTURED ASSET
SECURITIES CORP. MORTGAGE PASS-
THROUGH CERTIFICATES, 2006, WELLS
FARGO BANK, N.A., D/B/A AMERICAS
SERVICING COMPANY, EQUITY TRUSTEES,
LLC AND MORTGAGE ELECTRONIC
REGISTRATION SERVICE, INC.**

By: _____
                    Of Counsel

Hunter W. Sims, Jr. (VSB No. 9218)
Email:  hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email:  jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email:  recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2012, a true copy of the foregoing was sent via First-Class mail, postage prepaid, to:

Leonard A. Bennett, Esq.
Robin A. Abbot, Esq.
Gary L. Abbot, Esq.
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662
*Counsel for Plaintiff*

By: _____
Hunter W. Sims, Jr. (VSB No. 9218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants*

11692848_1.DOC

3