*Part 3*

*CL12-1002*

# CONSUMER LITIGATION ASSOCIATES, P.C.

ATTORNEYS AND COUNSELORS AT LAW

A Professional Corporation

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, Virginia 23606

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Robin A. Abbott, Esquire
rabbottlaw@msn.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

**REPLY TO: HAMPTON ROADS OFFICE**

April 13, 2012

**Via Hand Delivery**
Linda Batchelor Smith, Clerk
Hampton Circuit Court
PO Box 40
Hampton, VA 23669-0040

Re:   Sebrena Y. Tucker v. U.S. Bank National Association, as Trustee
      For the Structured Asset Securities Corporation Mortgage Pass-
      Through Certificates, 2006-EQ1, et al

Dear Mrs. Smith:

Please find enclosed a Complaint and Notice of Hearing and Motion for Temporary Injunction that I would ask you to file with the Court. My firm check is enclosed representing your filing fees. **There is a hearing scheduled before Judge Jones at 10:30 a.m. Monday morning, April 16, 2012. Accordingly, I would ask that once the Complaint is filed, to immediately send the file to Judge Jones' chambers in anticipation of Monday's hearing.**

Service of Complaint will be made by private process server and through the Secretary of the Commonwealth. Once the papers are ready for service, please call for pick-up.

Also enclosed is a Notice of Lis Pendens which I would ask that you immediately put to record among the land records for the City of Newport News. My firm check is enclosed for the recordation costs.

Thank you for your assistance. As always, should you have any questions or need additional information regarding this matter, please do not hesitate to contact me directly. With kind regards, I remain

Very truly yours,

Robin A. Abbott

RAA/bms
Enclosures
cc:   Stephen Wood, Esquire (via facsimile)

**EXHIBIT**
**B**

VIRGINIA:

    IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON, PART III

SEBRENA Y. TUCKER,

        Plaintiff,

v.                              Case No.: _____

U.S. BANK NATIONAL ASSOCIATION,
et al.,

        Defendants.

## AFFIDAVIT OF ROBIN ABBOTT

    1.     My name is Robin Abbott. I am counsel for the Plaintiff, Sebrena Y. Tucker.

    2.     I am an attorney licensed and authorized to practice law in the Commonwealth of Virginia.

    3.     The Defendants have initiated foreclosure proceedings against Plaintiff's residence which foreclosure is scheduled for April 16, 2012, at 12:05 p.m.

    4.     On Thursday, I contacted the Trustee, by and through its attorney, Stephen Wood, of the law firm of Bierman, Ward and Wood, LLC, via telephone call, and requested that the foreclosure sale be cancelled and that I be put in contact with a representative of Wells Fargo N.A., d/b/a America's Servicing Company, to negotiate and complete the loan modification promised to the Plaintiff over two (2) years ago. I also informed the Trustee of the Plaintiff's intention to seek injunctive relief from the Circuit Court for the City of Hampton on Monday, April 16, 2012, and that a hearing had been scheduled for 10:30 a.m., on April 16, 2012.

    5.     The Trustee, by and through its attorneys, has been notified of the hearing via telephone, facsimile and email transmission.

    6.     Despite attempts to reach the Trustee, by and through its attorneys, Plaintiff's counsel received no response to her requests by midday Friday, April 13, 2012.

    7.     The Trustee was provided a copy of the Complaint, Notice of Hearing and Motion for Injunctive Relief, this Affidavit and a copy of a lis pendens via facsimile on Friday, April 13, 2012.

8.   I have prepared the Complaint and Motion for Injunction based upon my review of the documents and information obtained from the Plaintiff herein and the facts set forth in the pleadings are true and correct to the best of my knowledge and belief.

9.   There is insufficient time to obtain service of process upon the Defendants.

10.   Service of all pleadings upon each Defendant in this action is being conducted through the Secretary of the Commonwealth and/or personal service via private process server upon the Defendants' Registered Agents.

11.   I have used all methods available to put each Defendant on Notice of the filing of this action and the Plaintiff's Motion and Notice for Preliminary Injunction and Temporary Restraining Order.

12.   The Plaintiff will suffer immediate and irreparable harm if her Motion for immediate relief is not granted.

13.   No additional harm will occur to the Defendants by the Court granting Plaintiff's Motion for Temporary Restraining Order.

Under penalty of perjury, I hereby attest that the above is true and correct.

ROBIN ABBOTT

## MEMORANDUM OF LIS PENDENS

Know all men that Sebrena Y. Tucker, Plaintiff in the hereafter-styled proceeding, gives notice of lis pendens, by this memorandum filed in the Clerk's Office of the Circuit Court for the City of Hampton, Virginia, on the 13th day of April, 2012, which sets forth as follows:

There is now pending in the Circuit Court for the City of Hampton, Virginia, a certain proceeding, the style of which is Sebrena Y. Tucker, Plaintiff, v. U.S. Bank National Association, et al., Defendants, Case No. CL_____, the general object of which lawsuit challenges the authority of the Defendants to lawfully foreclose on the property that is the subject of this action and more particularly described as follows:

> All that certain lot, piece or parcel of land, with the buildings and improvements thereon, situate, lying and being in the City of Hampton, Virginia, and being known, numbered, and designated as Lot 30, as shown on that certain plat entitled, "Threechopt Village, Section Two," which plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Hampton, Virginia, in Plat Book 8, at Page 77.
>
> Said property more commonly known as 474 Holloman Drive, Hampton, Virginia 23666.

Reference is hereby made to the Complaint that is filed in the Clerk's Office of the Circuit Court for the City of Newport News, Virginia.

SEBRENA Y. TUCKER

By: _____
　　　Of Counsel

Prepared by:  Robin A. Abbott, Esquire
　　　　　　　Consumer Litigation Associates, P.C.
　　　　　　　763 J. Clyde Morris Boulevard, Suite 1-A
　　　　　　　Newport News, VA 23601
　　　　　　　(757) 930-3660 Telephone
　　　　　　　(757) 930-3660 Facsimile

1

VIRGINIA:
### IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON, PART III

SEBRENA Y. TUCKER,

      Plaintiff,

v.

                                  Case No.: CL12-1002

                                  **JURY TRIAL DEMANDED**

**U. S. BANK NATIONAL ASSOCIATION,**
**As Trustee for the Structured Asset Securities**
**Corporation Mortgage Pass-Through**
**Certificates, 2006-EQ1**

        Serve:  CT Corporation
                  Registered Agent
                  4701 Cox Road, Suite 301
                  Gen Allen, VA 23060

**WELLS FARGO N.A., d/b/a**
**AMERICAS SERVICING COMPANY,**

        Serve:  Corporation Service Company
                  Registered Agent
                  Bank of America Center, 16th Floor
                  1111 E. Main Street
                  Richmond, VA 23219

**EQUITY TRUSTEES, LLC,**
**a Virginia Limited Liability Corporation**

        Serve:  Stephen B. Wood
                  Registered Agent
                  8100 Three Chopt Road, Room 240
                  Richmond, VA 23229

        Defendants.

ALSO SERVE:

**MORTGAGE ELECTRONIC REGISTRATION**
**SERVICE, INC.,**

        Serve:  Sharon Horstkamp, Registered Agent
                  1818 Library Street, Suite 300
                  Reston, VA 20190

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON, PART III

SEBRENA Y. TUCKER,

     Plaintiff,

v.

                                          Case No.: CL12-1002

**U. S. BANK NATIONAL ASSOCIATION,**
As Trustee for the Structured Asset Securities
Corporation Mortgage Pass-Through
Certificates, 2006-EQ1

        Serve:  CT Corporation
                  Registered Agent
                  4701 Cox Road, Suite 301
                  Gen Allen, VA 23060

**WELLS FARGO N.A., d/b/a
AMERICAS SERVICING COMPANY,**

        Serve:  Corporation Service Company
                  Registered Agent
                  Bank of America Center, 16th Floor
                  1111 E. Main Street
                  Richmond, VA 23219

**EQUITY TRUSTEES, LLC,**
a Virginia Limited Liability Corporation

        Serve:  Stephen B. Wood
                  Registered Agent
                  8100 Three Chopt Road, Room 240
                  Richmond, VA 23229

        Defendants.

ALSO SERVE:

**MORTGAGE ELECTRONIC REGISTRATION
SERVICE, INC.,**

        Serve:  Sharon Horstkamp, Registered Agent
                  1818 Library Street, Suite 300
                  Reston, VA 20190

**JURY TRIAL DEMANDED**

## COMPLAINT

NOW COMES the Plaintiff, Sebrena Y. Tucker, by counsel, and for her Complaint against Defendants, **U. S. BANK NATIONAL ASSOCIATION** ("U.S. BANK"), **WELLS FARGO N.A.**, **d/b/a AMERICAS SERVICING COMPANY** ("ASC"), and **EQUITY TRUSTEES, LLC**, ("EQUITY"), she states as follows:

## PRELIMINARY STATEMENT

This is an action for actual and statutory damages, costs and attorney's fees pursuant to the Real Estate and Settlement Procedures Act (RESPA), the Equal Credit Opportunity Act (ECOA), and Breach of Contract for Breach of the Implied Covenant of Good Faith and Fair Dealing.

### Parties

1.     At all times material hereto, Plaintiff is the fee simple owner of the real property and improvements known as 474 Holloman Drive, Hampton, Virginia 23666.

2.     Defendant U.S. BANK alleges it is the owner and holder of the note and trustee of the securitized trust containing the Plaintiff's mortgage and is authorized to do business in the Commonwealth of Virginia.

3.     Defendant ASC is a servicer of mortgage loans and is authorized to do business in the Commonwealth of Virginia.

4.     Defendant EQUITY is the alleged Substitute Trustee under Substitution of Trustee Notices, copies of which are attached as Exhibits "A" and "B" and incorporated herein for all purposes.

5.     Upon information and belief, MERS is a foreign corporation authorized to do business in the Commonwealth of Virginia and is a necessary party to this action as the named

beneficiary on the note.

## Factual Background

6.      On or about May 18, 2006, Plaintiff's property was encumbered by a deed of trust to Equifirst Corporation, which upon information and belief ceased operations on or about February 20, 2009.

7.      D. Wayne Moore was named as Trustee on said Deed of Trust.

8.      Defendant, MERS, is the beneficiary of the note.

9.      On November 1, 2009, Plaintiff was current with her mortgage payment.

10.     On or about November, 2009, while current on her mortgage loan, Plaintiff received an unsolicited loan modification offer from Defendant, ASC, advising Plaintiff that it could help her to reduce the principal amount due and owing on her mortgage loan.  Plaintiff was advised to not make the scheduled mortgage payments while her loan modification application was processed.

11.     Plaintiff was inaccurately advised by the ASC employee that she needed to be behind on her payments in order to qualify and be eligible for the requested Home Affordable Mortgage Program ("HAMP") and advised Plaintiff not to make another payment until notified by ASC of the amount of her reduced payments under the loan modification program.  ASC inaccurately represented, as it regularly does, that the consumer must be in actual default rather than simply "at risk of imminent default."

12.     On or about December, 2009, ASC put Plaintiff on a reduced payment schedule for January, February, and March 2010.  Said reduced payments were in the amount of $598.99.

13.     Plaintiff timely made each of the reduced payments as required by ASC.

14.     Unlike payments made pursuant to Plaintiff's loan agreement with ASC, ASC did

not apply these payments to reduce, even in part, the principal balance on Plaintiff's loan, but rather placed said payments in an escrow account.

15.   By placing the Plaintiff on the reduced payments and placing the monies in escrow, ASC put the Plaintiff into significant arrears in her mortgage account.

16.   During the trial modification period, Plaintiff submitted documents demanded from ASC.

17.   On multiple occasions ASC claimed documents had not been received and Plaintiff resubmitted the documents repeatedly.

18.   Following the three month trial period, Plaintiff contacted ASC to inquire as to what payments she should then be making.  ASC instructed Plaintiff to continue to make the $598.99 payments on her mortgage account while her loan modification was being processed.

19.   Plaintiff continued making payments of $598.99 for the months of April and May, tendering an actual amount of $600.00.

20.   In June, 2010, ASC kicked Plaintiff out of the loan modification due to Plaintiff's alleged failure to provide requested documentation, documentation Plaintiff had submitted to ASC on numerous occasions.

21.   In June, 2010, Plaintiff's payment of $600.00 to ASC was returned to Plaintiff and ASC then claimed that Plaintiff's mortgage account was paid only through December, 2010, and demanded Plaintiff bring her loan current.

22.   Plaintiff was never informed that she was denied the loan modification.

23.   On or about June 7, 2010,  upon information and belief, ASC initiated foreclosure on Plaintiff's home, which foreclosure was cancelled.

24.   On or about June 12, 2010, Plaintiff filed complaints against ASC with the Better

4

Business Bureau, the Office of Congressman Robert Scott, the Office of the Comptroller of the Currency, the Attorney General of the Commonwealth of Virginia and the Federal Trade commission.

25.   On or about July 15, 2010, ASC sent Plaintiff a "loan modification" which did lower the interest rate on Plaintiff's mortgage, but did not reduce the principal due and owing on the loan as ASC promised and included all alleged arrearages with unlawful late fees and other unlawful charges added into the loan and extended the payment terms by four years.

26.   Plaintiff rejected this loan modification because her loan under the loan modification was $8,000.00 higher than the original loan.

27.   On or about September 23, 2010, ASC offered Plaintiff a "loan modification" which again did not reduce the principal due and owing on the loan and included all alleged arrearages with unlawful late fees and other unlawful charges added into the loan, and extended the payment terms by four years, five months.

28.   Plaintiff rejected this loan modification because her loan under the loan modification was $12,000.00 higher than the original loan.

29.   On or about March 7, 2011, ASC offered Plaintiff a "loan modification" which again did not reduce the principal due and owing on the loan and included all alleged arrearages with unlawful late fees and other unlawful charges added into the loan, and extended the payment terms by five years, one month.

30.   Plaintiff rejected this loan modification because her loan under the loan modification was $21,000.00 higher than the original loan.

31.   On or about June 9, 2011, Defendant ASC provided a delinquent notice of denial of the original HAMP modification application stating that she had been denied a loan

modification on July 13, 2010, <u>over a month after declaring the Plaintiff as in default and initiating foreclosure activity on June 7, 2010</u>. See attached Exhibit "C".

32.    The Plaintiff is contesting the amount claimed due by the Defendants to bring the note current.

33.    Upon information and belief, the Defendant ASC is unlawfully charging late fees and other unlawful charges to Plaintiff's mortgage account.

34.    Upon information and belief, Defendants U.S. Bank and ASC do not have authority to conduct the foreclosure sale on Plaintiff's property or to appoint a substitute trustee under the Deed of Trust.

35.    The required Notice of Lost Note provided to the Plaintiff on June 8, 2010, was not in conformity with the law of the Commonwealth of Virginia.

36.    Plaintiff alleges that Equity is unlawfully acting as Substitute Trustee.

37.    Upon information and belief, Plaintiff alleges that Defendant U.S. Bank and/or Defendant ASC have lost any Note which may be secured by the property and/or cannot produce the note.

38.    Pleading in the alternative, Defendants have misrepresented to the Plaintiff that the note is lost by serving a lost note affidavit on the Plaintiff in order to accelerate the foreclosure upon the Plaintiff's property.

39.    Upon information and belief, because Defendants do not have standing to bring the foreclosure, the foreclosure notices themselves are defective.

40.    If the Trustee's Sale takes place as scheduled and the Plaintiff's property is sold, Plaintiff will suffer irreparable injury, loss and damage.

41.    The Plaintiff will likely prevail at trial.

42. The Plaintiff is without other legal remedy.

43. Defendants will suffer no additional harm if injunctive relief is granted.

## COUNT 1 – BREACH OF CONTRACT FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
### (U. S. Bank and ASC)

44. Plaintiff realleges and incorporates paragraphs 1 - 43 above as if fully set out herein.

45. A covenant of good faith and fair dealing exists in every valid Virginia contract, including notes and deeds of trust pertaining to real property such as the note and deed of trust pertaining to Ms. Tucker's property. A breach of the covenant of good faith and fair dealing is a breach of the underlying contract.

46. U.S. Bank and ASC failed to perform its duty of good faith and fair dealing with respect to Ms. Tucker by (1) falsely informing her that she had to be in default on her mortgage in order to be considered for a loan modification under HAMP; (2) falsely informing her that since she was current on her mortgage, she would have to miss a payment in order to qualify for HAMP; (3) inducing her into a HAMP loan modification application and trial payment plan without disclosing that it would consider the reduced monthly payment to be a delinquency or default that would place her loan into arrears and would trigger foreclosure; (4) instead of applying payments made under the Trial Payment Program to reduce the principal and pay the interest and escrow on her mortgage, ASC put the payments into an escrow account; (5) despite telling the Plaintiff that her application was complete, ASC sent her a letter stating that she had been kicked out of the Trial Payment Program for Plaintiff's failure to submit documentation, documentation she sent to ASC on numerous occasions; (6) failing to abide by the terms of the Note and Deed of Trust that govern the original loan; (7) failing to follow HAMP guidelines; (8)

7

and failing to properly safeguard and maintain important documents provided by Ms. Tucker.

47.     Defendants, U.S. Bank and ASC, never intended to give the Plaintiff a loan modification, intending instead to force the Plaintiff into default on her mortgage in order to extract more monies from her than was due.

48.     The "loan modifications" offered to the Plaintiff were not true modifications, only differing versions of forbearance agreements and included sums of money that were unlawfully charged to Plaintiff's mortgage account.

49.     Plaintiff relied to her detriment on the representations of Defendant ASC that she would receive a reduction of the principal amount of her mortgage note as part of her loan modification.

50.     U.S. Bank and ASC's breach of its duty to act in good faith and deal fairly with Ms. Tucker breached the Note and Deed of Trust.

51.     Because of the breach of the implied covenant of good faith and fair dealing, U.S. Bank and ASC are not entitled to exercise the remedy of foreclosure under the Deed of Trust.

52.     Ms. Tucker also suffered actual damages and is threatened with additional harm from Defendants' breach. By making trial payment plan payments both during and after the three-month trial period, Ms. Tucker lost other remedies that would be available to her in order to save her home and prevent damage to her credit reputation. For instance, she could have continued to make payments under the terms of the original note, entered into a repayment plan, restructured her debt under the bankruptcy code, sold her home or pursued other strategies.

53.     To the extent that actual damages will not fully and fairly compensate Ms. Tucker, she is entitled to specific performance and other appropriate injunctive relief.

54.     Ms. Tucker is entitled to actual damages, reinstatement of her mortgage, cessation

8

and rescission of any foreclosure activity, and specific performance of a permanent modification.

## COUNT TWO – VIOLATION OF THE EQUAL CREDIT OPPORTUNITY
## ACT, 15 U.S.C. §1691(d) and Virginia Code §59.1-21.21:1
### (U.S. Bank and ASC)

55.     Plaintiff realleges and incorporates paragraphs 1 - 54 above as if fully set out herein.

56.     Plaintiff's application for a loan modification with regard to her mortgage loan secured by her personal residence was a completed application for credit wherein Plaintiff was asking U.S. Bank and ASC for more favorable credit terms.

57.     Upon information and belief, it was U.S. Bank and ASC's policy not to send timely notice letters to consumers when it denied their applications and U.S. Bank and ASC failed to provide Plaintiff with such notice within 30 days of its adverse action.

58.     U.S. Bank and ASC also failed to provide the statutory disclosures required by the ECOA to Plaintiff.

59.     The above-alleged actions and omissions of the Defendants, U.S. Bank and ASC, violated ECOA, 15 U.S.C. §1691(d) and the Virginia Equal Credit Opportunity Act (VAECOA), Virginia Code §59.1-21.21:1.  The Plaintiff is entitled to attorney's fees and costs pursuant to 15 U.S.C. §1691(e) and Virginia Code §59.1-21.23.

60.     Defendants, U.S. Bank and ASC are liable to Plaintiff for punitive damages of $10,000.00 per violation pursuant to Virginia Code §59.1-21.23.  The Defendants violation was without legal justification and greatly impacted the Plaintiff.

61.     The Plaintiff is entitled to declaratory and injunctive relief requiring the Defendants' compliance with the ECOA pursuant to 15 U.S.C. §1691(e).

## COUNT THREE – VIOLATION OF THE REAL ESTATE
## AND SETTLEMENT PROCEDURES ACT, 12 U.S.C. §2605(e)

62.   Plaintiff realleges and incorporates paragraphs 1 - 61 above as if fully set out herein.

63.   On one or more occasions within two years prior to the filing of this suit, by example only and without limitation, the Plaintiff made multiple qualified written requests to ASC insisting that it process her loan modification as promised and otherwise provide information regarding her loan.

64.   On each occasion in which the Plaintiff did make her qualified written request, ASC violated the Real Estate and Settlement Procedures Act, 12 U.S.C. §2605(e) by:

a.    Failing to timely or at all provide a written notice of receipt of inquiry;

b.    Failing to timely or at all to conduct an appropriate investigation of the Plaintiff's inquiry;

c.    Failing to timely or at all to provide the Plaintiff a true and correct written explanation or clarification;

d.    Continued to report information regarding allegedly overdue payments to the national credit bureaus.

65.   As a result of the conduct, actions and inactions of ASC, the Plaintiff suffered actual damages including without limitation, by example only and as described herein on Plaintiff's behalf by counsel:   damage to reputation, embarrassment, humiliation and other emotional and mental distress.

66.   ASC is liable for actual damages in an amount to be determined by the Court pursuant to 12 U.S.C. §2605(f).

67.   ASC is also liable to the Plaintiff for additional damages up to $1,000.00 per violation of 12 U.S.C. §2605(e).

10

68.   The Plaintiff is entitled to recover costs and attorney's fees from ASC in an amount to be determined by the Court pursuant to 12 U.S.C.§2605(f)(3).

WHEREFORE, Plaintiff respectfully requests the following relief:

a.   Enter a judgment declaring the acts and practices of Defendants, U.S. Bank and ASC, complained of herein, to constitute a breach of contract and breach of the covenant of good faith and fair dealings;

b.   Grant a preliminary injunction and/or temporary restraining order against the Defendants, U.S. Bank, ASC, and Equity, enjoining Defendants from conducting the Trustee's Sale and foreclosure of Plaintiff's property at 474 Holloman Drive, Hampton, Virginia 23666, on April 16, 2012, at 12:05 p.m.;

c.   Grant a permanent or final injunction enjoining Defendants' agents, and employees, affiliates and subsidiaries, from continuing to harm Plaintiff;

d.   Order the Defendants, U.S. Bank and ASC, to adopt and enforce a policy that requires appropriate training of its employees and agents regarding their duties under HAMP;

e.   Order specific performance of Defendant's contractual obligations together with other relief required by the contract and law;

f.   Order the Defendants, U.S. Bank and ASC, to provide a full accounting of Plaintiff's mortgage loan,

g.   Order the Defendants U.S. Bank and Equity to show lawful authority to conduct a foreclosure of Plaintiff's property and order the Defendant U.S. Bank to produce the note or in the alternative to show to this Honorable Court what actions it has taken to obtain the original note;

h.   Award actual damages of $100,000.00;

11

i.      Award statutory damages in the amount of $1,000.00 per violation of the Real Estate Settlement and Procedures Act;

j.      Award $10,000.00 in damages for violation of the Equal Credit Opportunity Act;

k.      Award punitive damages in the amount of $100,000.00;

l.      Award Plaintiff and her counsel attorney's fees and costs of this action, including the fees and costs of experts; and

m.      Grant Plaintiff such other and further relief as this Court finds necessary and proper.

**TRIAL BY JURY IS DEMANDED.**

SEBRENA Y. TUCKER

By: _____
            Of Counsel

Leonard A. Bennett, Esquire (VSB #37523)
Robin A. Abbott, Esquire (VSB #46596)
Gary L. Abbott, Esquire (VSB #68829)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 facsimile
*Counsel for Plaintiff*

Filed in the Clerk's office this 13th day of April, 20 12

| | | |
|---|---|---|
| 049 | Writ Tax | 25.00 |
| 104 | Sp Exp-Tag/Cwp | |
| 123 | Legal Aid | 9.00 |
| 170 | Court Tech Fund | 10.00 |
| 229 | CHMF | 9.00 |
| 106 | Tech Trust Fund | 5.00 |
| 206 | Sheriff | |
| 147 | Indigent Assistance | 1.00 |
| 219 | Law Library | 2.00 |
| 304 | Clerk Civil Fee | 240.00 |
| 237 | Miscellaneous | |
| 509 | Other | |
| | TOTAL | 394.00 |

LINDA BATCHELOR SMITH, CLERK

_Virginia Noll_ Deputy Clerk

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing instrument has been faxed to Stephen B. Wood, 8100 Three Chopt Road, Room 240, Richmond, VA 23229, this 13th day of April, 2012.

_____
            Of Counsel

PREPARED BY:                                                                Tax ID# 3001672
                                                                            BWW#: 108029

AFTER RECORDING, PLEASE RETURN TO:
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

THIS DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE, is made this **3rd** day of **February**, **2012**, by and among US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1 party of the first part, and EQUITY TRUSTEES, LLC., a Virginia Limited Liability Company of 8100 Three Chopt Road, Suite 240, Richmond, VA 23229 ("Substitute Trustees"), party of the second part.

WHEREAS, Sebrena Y. Tucker by Deed of Trust dated May 18, 2006, and recorded prior hereto in the Office of the Clerk of the Circuit Court for Hampton City, Virginia in Instrument No. 060013047, did grant and convey certain real estate known as:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON, SITUATE, LYING AND BEING IN THE CITY OF HAMPTON, VIRGINIA, AND BEING KNOWN, NUMBERED AND DESIGNATED AS LOT 30, AS SHOWN ON THAT CERTAIN PLAT ENTITLED, "THREECHOPT VILLAGE, SECTION TWO", WHICH PLAT IS DULY RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE CITY OF HAMPTON, VIRGINIA IN PLAT BOOK 8, AT PAGE 77.

Known as: 474 Holloman Drive, Hampton, VA 23666

in trust, to secure to EquiFirst Corporation, payment of a note ("Note") of even date therewith in the original principal amount of $108,000.00 ; and

WHEREAS, said Deed of Trust provides that the holder of the Note shall have the power and authority to appoint substitute trustee(s) in the place and stead of the trustee(s) named therein; and

NOW, THEREFORE WITNESSETH, in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the party of the first part by the execution and delivery of these presents, hereby appoint Equity Trustees, LLC, a Virginia Limited Liability Company, as Substitute Trustees under the said Deed of Trust in the place and stead of D. Wayne Moore the Trustee or Trustees originally named therein, or in place of any other trustee or trustees who have heretofore been substituted for the originally named trustee or trustees, the said substitute trustees being vested with all of the right, title and interest and clothed with all the rights, powers and privileges of the Trustee or Trustees originally named in said Deed of Trust.







BWW#: 108029

IN WITNESS WHEREOF, US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1 has caused this Deed of Appointment of Substitute Trustee to be executed , by the authorized agent of Wells Fargo Bank, NA on 3rd day of February , 2012.

US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1
By Wells Fargo Bank, NA d/b/a America's Servicing Company, as servicing agent

LaQuitta L Clayton
Vice President of Loan Documentation

STATE OF NORTH CAROLINA
COUNTY OF WAKE

I, Tracy C Moore _____, a Notary Public in and for the State and County aforesaid, do hereby certify that LaQuitta L Clayton _____, for Wells Fargo Bank, NA d/b/a America's Servicing Company, as servicing agent for US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1, personally appeared before me in the jurisdiction aforesaid and executed the foregoing Deed of Appointment of Substitute Trustee.

Given under my hand and seal this 3rd day of February ,2012.

Tracy C. Moore
Notary Public
Granville County
North Carolina
My Commission Expires 08|11|2014

Tracy C Moore
Notary Public

My Commission Expires: 08|11|2014



PREPARED BY:

AFTER RECORDING, PLEASE RETURN TO:

Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

Tax I.D.# 3001672
BGWW#: 103029

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

THIS DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE, is made this 10th day of June 2010, by and among US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-BQ1 ("US BANK NATIONAL ASSOCIATION"), party of the first part, and EQUITY TRUSTEES, LLC., a Virginia Limited Liability Company of 2020 N. 14th Street, Suite 750, Arlington, VA 22201 ("Substitute Trustees"), party of the second part.

WHEREAS, Sebrena Y. Tucker by Deed of Trust dated May 18, 2006, and recorded in the Office of the Clerk of the Circuit Court for Hampton City, Virginia in Instrument No. 060013047 did grant and convey certain real estate known as:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON, SITUATE, LYING AND BEING IN THE CITY OF HAMPTON, VIRGINIA, AND BEING KNOWN, NUMBERED AND DESIGNATED AS LOT 30, AS SHOWN ON THAT CERTAIN PLAT ENTITLED, "THREECHOPT VILLAGE, SECTION TWO", WHICH PLAT IS DULY RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE CITY OF HAMPTON, VIRGINIA IN PLAT BOOK 8, AT PAGE 77.

Known as: 474 Holloman Drive, Hampton, VA 23666

in trust, to secure to EquiFirst Corporation, payment of a note ("Note") of even date therewith in the original principal amount of $108,000.00; and

WHEREAS, said Deed of Trust provides that the holder of the Note shall have the power and authority to appoint substitute trustee(s) in the place and stead of the trustee(s) named therein; and

WHEREAS, the party of the first part is the owner and holder of the note secured by said Deed of Trust.

NOW, THEREFORE WITNESSETH, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the party of the first part by the execution and delivery of these presents, hereby appoint Equity Trustees, LLC, a Virginia Limited Liability Company, as Substitute Trustees under the said Deed of Trust in the place and stead of D. WAYNE MOORE the Trustee or Trustees originally named therein, or in place of any other trustee or trustees who have heretofore been substituted for the originally named trustee or trustees, the said substitute trustees being vested with all of the right, title and interest and clothed with all the rights, powers and privileges of the Trustee or Trustees originally named in said Deed of Trust.

SEP 2 9 2010.





BOWWB: 108029

IN WITNESS WHEREOF, US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1 has caused this Deed of Appointment of Substitute Trustee to be executed on ___10th___ day of _____June___, 2010, by the authorized agent of Wells Fargo Home Mortgage, Inc..

US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1

By: Wells Fargo Home Mortgage, Inc., as servicing agent

ANNE NEELY          VP of Loan Documentation

STATE OF   South Carolina        )
COUNTY OF     York               ) ss.

I, Mary J Tramble, a Notary Public in and for the State and County aforesaid, do hereby certify that _____ANNE NEELY_____, authorized agent of Wells Fargo Home Mortgage, Inc., Authorized Servicing Agent for US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-EQ1, personally appeared before me in the jurisdiction aforesaid and executed the foregoing Deed of Appointment of Substitute Trustee.

Given under my hand and seal this ___10th___ day of _____June_____, 2010.

Notary Public

My Commission Expires:

OFFICIAL SEAL
State of South Carolina
MARY J TRAMBLE
My Commission Expires July 26, 2012

SEP 2 3 2010

AMERICA'S SERVICING COMPANY
MAC Code X9999-01N
1000 BLUE GENTIAN RD., STE 300
EAGAN, MN 55121



June 09, 2011

SEBRENA Y TUKCER

474 HOLLOMAN DR
HAMPTON, VA 23666

| Account Information | |
|---|---|
| Fax: | (866) 359-7363 |
| Mortgage Representative: | BrokersPriceOpinionInterior |
| Telephone: | 0 ext. 108000 |
| Correspondence | MAC Code X9999-01N |
| | 1000 Blue Gentian Rd., Ste 300 |
| | Eagan, MN 55121 |
| Loan Number: | 106-1100209373 |
| Property Address: | 474 HOLLOMAN DR |
| | HAMPTON, VA 23666 |

Dear Mr/Mrs Borrower:

During the course of our ongoing review of loans, we realized we neglected to send you a
formal denial letter in regards to your loan modification application for the federal
government's *Home Affordable Modification Program* (HAMP).

We apologize for this oversight, but regret to inform you that your loan was not eligible for
HAMP. Your original date of denial was on 7/13/2010, and the reason for your denial was due
to your negative Net Present Value (NPV) status, which is explained in further detail in the
letter attached.

If you have any questions about the information in this letter, please call us. Our
representatives are available at the phone number listed in the account information section at
the top of this letter.

Sincerely,

Kerri Crabtree
Senior Vice President, Servicing
America's Servicing Company



# COMMONWEALTH OF VIRGINIA



HAMPTON CIRCUIT COURT
Civil Division
101 KING'S WAY/PO BOX 40
HAMPTON VA 23669-0040
(757) 727-6105

Proof of Service

Virginia:
In the HAMPTON CIRCUIT COURT

Case number: 650CL12001002-00
Service number: 001
Service filed: April 13, 2012
Judge: BLJ

Served by: SPECIAL PROCESS SERVER
Style of case: SEBRENA Y TUCKER vs US BANK NATIONAL ASSOCIATION

Service on: U.S. BANK NATIONAL ASSOCIATION
CT CORPORATION
REGISTERED AGENT
4701 COX ROAD SUITE 301
GLEN ALLEN VA 23060

Attorney: ABBOTT, ROBIN
763 J CLYDE MORRIS BOULEVARD
SUITE 1-A
NEWPORT NEWS VA 23601

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, April 13, 2012 with a copy of the Complaint filed Friday, April 13, 2012 attached.

Hearing date  : Monday, April 16, 2012 at 10:30AM
Service issued: Friday, April 13, 2012

## For Sheriff Use Only

2012 MAY -2  PM 12: 50

CIRCUIT COURT OF
CITY OF HAMPTON, VA
LINDA B. SMITH, CLERK

BY:_____D.C.

FILED

**The Marston Agency, Inc.**                                                    04/19/12
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)
**RETURN ON SERVICE**

| | | | |
|---|---|---|---|
| **Plaintiff:** | Sebrena Y Tucker | **Court:** | Hampton Circuit Court - Law |
| **Defendant:** | US Bank National Association | **Case:** | CL12001002-00 |
| **Serve:** | US Bank National Association | **Return Date:** | |
| | 4701 Cox Rd. Suite 301 | **Time:** | |
| | R/A CT Corp. System | | |
| | Glen Allen, VA 23060 | | |
| **Contact:** | Robin A. Abbott | **Phone:** | 7579303660 |
| | 12515 Warwick Blvd, Ste 100 | | |
| | Newport News, VA 23606 | | |

**Type(s) of Writ(s)**                                                    paper:1428322

Summons and Complaint

Witness/Defendant US Bank National Association was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _Walium Marston_ _____hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: ____4/24/12____       Served Time: ____0930____

Signature of Process Server _____

**Notary**

State of: Virginia        County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this __1__ day of Apr/May 20 _12_.

Notary Public _____

| Type of Service: A | Auth Attempts: 1 | Order: 268294 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | **-1-** | **-2-** | **-3-** | **-4-** | **-5-** | **-6-** |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Dacia Jamison, per affidavit

VICKY R. MARS
NOTARY PUBLIC
REG # 237199
MY COMMISSION EXPIRES
12/31/2013
COMMONWEALTH OF VIRGINIA

2012 MAY -2  PM 12: 50
CIRCUIT COURT'S OFFICE
CITY OF HAMPTON, VA
LINDA B. SMITH, CLERK
BY_____ D.C.

## Service Authorization

C T Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

Tyler Puryear

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this ___9___ day of _Dec_ , ~~2010~~ 2011

#286304

Notary Public
Teresa Brown

# COMMONWEALTH OF VIRGINIA



HAMPTON CIRCUIT COURT
Civil Division
101 KING'S WAY/PO BOX 40
HAMPTON VA 23669-0040
(757) 727-6105

Virginia:                                   Proof of Service
In the HAMPTON CIRCUIT COURT

Case number: 650CL12001002-00
Service number: 002
Service filed: April 13, 2012
Served by: SPECIAL PROCESS SERVER                    Judge: BLJ

Style of case: SEBRENA Y TUCKER  vs US BANK NATIONAL ASSOCIATION
Service on: WELLS FARGO N.A.                 Attorney: ABBOTT, ROBIN
            D/B/A AMERICAS SERVICING COMPA            763 J CLYDE MORRIS BOULEVARD
            CORPORATION SERVICE COMPANY               SUITE 1-A
            REGISTERED AGENT                          NEWPORT NEWS VA 23601
            1111 E. MAIN STREET, 16TH FLOO
            RICHMOND VA 23219


Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, April 13, 2012 with a copy of the Complaint filed Friday, April 13, 2012 attached.


Hearing date  : Monday, April 16, 2012 at 10:30AM
Service issued: Friday, April 13, 2012

For Sheriff Use Only

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)
**RETURN ON SERVICE**

04/19/12

| | | | |
|---|---|---|---|
| **Plaintiff:** | Sebrena Y Tucker | **Court:** | Hampton Circuit Court - Law |
| **Defendant:** | US Bank National Association | **Case:** | CL12001002-00 |
| **Serve:** | Wells Fargo, NA d/b/a Americas Servicing Company<br>1111 East Main Street, 16th Floor<br>R/A Corp. Service Company<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Robin A. Abbott<br>12515 Warwick Blvd, Ste 100<br>Newport News, VA 23606 | **Phone:** | 7579303660 |

**Type(s) of Writ(s)**

paper:1428320

Summons and Complaint

Witness/Defendant Wells Fargo, NA d/b/a Americas Servicing Company was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _William Martin_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _4/24/12_                 Served Time: _1130_

_____
Signature of Process Server

**Notary**

State of: _Virginia_          County/City of: _Henrico, Norfolk, Prince William._

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___ day of Apr/May 20_12_

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 268294 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -** Rene Nordquist, per affidavit



2012 MAY -2 PM 12: 50
CIRCUIT COURT OFFICE
CITY OF HAMPTON, VA
LINDA B. SMITH, CLERK
BY: _____ D.C.

### CERTIFICATE
### OF
### CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.  It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.  (a)  It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

    (b)  Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c)  The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this _29_ day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____

George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this _28th_ day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: _1-31-13_

# COMMONWEALTH OF VIRGINIA



## HAMPTON CIRCUIT COURT
Civil Division
101 KING'S WAY/PO BOX 40
HAMPTON VA 23669-0040
(757) 727-6105

Virginia:                                    Proof of Service
   In the HAMPTON CIRCUIT COURT

                                          Case number: 650CL12001002-00
                                          Service number: 003
                                          Service filed: April 13, 2012
   Served by: SPECIAL PROCESS SERVER
                                          Judge: BLJ
Style of case: SEBRENA Y TUCKER  vs US BANK NATIONAL ASSOCIATION
Service on: EQUITY TRUSTEES LLC              Attorney: ABBOTT, ROBIN
           STEPHEN B. WOOD                             763 J CLYDE MORRIS BOULEVARD
           REGISTERED AGENT                            SUITE 1-A
           8100 THREE CHOPT ROAD                       NEWPORT NEWS VA 23601
           ROOM 240
           RICHMOND VA 23229


   Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, April 13, 2012 with a copy of the Complaint
filed Friday, April 13, 2012 attached.


Hearing date  : Monday, April 16, 2012 at 10:30AM
Service issued: Friday, April 13, 2012
─────────────────────────────────────────────────────────────────
                        For Sheriff Use Only

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

04/19/12

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Sebrena Y Tucker | **Court:** | Hampton Circuit Court - Law |
| **Defendant:** | US Bank National Association | **Case:** | CL12001002-00 |
| **Serve:** | Equity Trustees, LLC<br>8100 Three Chopt Road<br>R/A: Stephen B. Wood<br>Richmond, VA 23229 | **Return Date:**<br>**Time:** | |
| **Contact:** | Robin A. Abbott<br>12515 Warwick Blvd, Ste 100<br>Newport News, VA 23606 | **Phone:** | 7579303660 |

**Type(s) of Writ(s)**                                                      paper:1428321

Summons and Complaint

Witness/Defendant Equity Trustees, LLC was served according to law, as indicated below:

(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _E L Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _4-24-12_                    Served Time: _09:18_

_____
Signature of Process Server

**Notary**

State of: Virginia                    County/City of: (Henrico) Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _25_ day of Apr/May 20 _19_

Notary Public: _____

| Type of Service: A<br>Attempts | Auth Attempts: 1<br>-1- | Order: 268294<br>-2- | 1 Day Rush: No<br>-3- | 2 Day Rush: No<br>-4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

LANA JAMES
NOTARY
PUBLIC
REG # 7387377
MY COMMISSION
EXPIRES
11/30/2015
COMMONWEALTH OF VIRGINIA

# COMMONWEALTH OF VIRGINIA



### HAMPTON CIRCUIT COURT
Civil Division
101 KING'S WAY/PO BOX 40
HAMPTON VA 23669-0040
(757) 727-6105

Virginia:                                    **Proof of Service**
In the HAMPTON CIRCUIT COURT

Case number: 650CL12001002-00
Service number: 005
Service filed: April 13, 2012
Served by: SPECIAL PROCESS SERVER          Judge: BLJ
Style of case: SEBRENA Y TUCKER  vs US BANK NATIONAL ASSOCIATION
Service on: MORTGAGE ELECTRONIC            Attorney: ABBOTT, ROBIN
          REGISTRATION SERVICE, INC                 763 J CLYDE MORRIS BOULEVARD
          SHARON HORSTKAMP                           SUITE 1-A
          REGISTERED AGENT                           NEWPORT NEWS VA 23601
          1818 LIBRARY ST, SUITE 300
          RESTON VA 20190

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, April 13, 2012 with a copy of the Complaint
filed Friday, April 13, 2012 attached.

Hearing date  : Monday, April 16, 2012 at 10:30AM
Service issued: Friday, April 13, 2012

**For Sheriff Use Only**



**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

04/19/12

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| Plaintiff: | Sebrena Y Tucker | Court: | Hampton Circuit Court - Law |
| Defendant: | US Bank National Association | Case: | CL12001002-00 |
| Serve: | Mortgage Electronic Registration Service, Inc 1818 Library St, Site 300 R/A: Sharon Horstkamp Reston, VA 20190 | Return Date: Time: | |
| Contact: | Robin A. Abbott 12515 Warwick Blvd, Ste 100 Newport News, VA 23606 | Phone: | 7579303660 |

**Type(s) of Writ(s)**                                                          paper:1428323

Summons and Complaint

Witness/Defendant Mortgage Electronic Registration Service, Inc was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, G. Timbers _____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 4-27-12          Served Time: 12 35

_____
Signature of Process Server

**Notary**

State of: Virginia          County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 27 day of April/May 2012

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 268294 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Mers- 703-761-1270 - ext. #6
Brian Blake - Legal





# COMMONWEALTH OF VIRGINIA



**OFFICIAL RECEIPT**

**HAMPTON CIRCUIT COURT**

**CIVIL**

DATE: 04/13/12 TIME: 12:54:51 ACCOUNT: 650CL12001002-00   RECEIPT: 12000011664
CASHIER: EDD   REG: MQ35   FILING: COM   TYPE: FULL PAYMENT
CASE COMMENTS: TUCKER, SEBRENA Y       V. US BANK NATIONAL ASSOCI
   SUIT AMOUNT:      $230,000.00
ACCT OF: TUCKER, SEBRENA Y          RECD: TUCKER, SEBRENA Y
   CHECK:        $294.00
DESCRIPTION 1: PART 3 JUDGE JONES
            2:  PLAINTIFF: TUCKER, SEBRENA Y
            3: NO HEARING SCHEDULED

| CODE | DESCRIPTION | PAID | CODE | DESCRIPTION | PAID |
|------|-------------|------|------|-------------|------|
| 049 | WRIT TAX - CIVIL | 25.00 | 106 | TECHNOLOGY TRST FND | 5.00 |
| 123 | LEGAL AID FEE | 9.00 | 147 | INDIGENT ASSISTANCE | 1.00 |
| 170 | COURT TECH FUND | 10.00 | 219 | LAW LIBRARY | 2.00 |
| 229 | CHMF | 2.00 | 304 | CLERK CIVIL FEE | 240.00 |

                              TENDERED  :      294.00
                RECEIPT COPY 1 OF 1

                              CHANGE AMT :       .00


            CLERK OF COURT: LINDA B. SMITH