```
Court Name: United States District Court
Division: 2
Receipt Number: 24683015653
Cashier ID: tlevinso
Transaction Date: 05/08/2012
Payer Name: KAUFMAN AND CANOLES
----------------------------------------
CIVIL FILING FEE
 For: KAUFMAN AND CANOLES
 Amount:         $350.00
----------------------------------------
CHECK
 Check/Money Order Num: 340692
 Amt Tendered:  $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

KAUFMAN & CANOLES
4:12cv69
```