# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

SEBRENA Y. TUCKER,

    Plaintiff,

v.                                            Civil Action No. 4:12cv 69

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE STRUCTURED
ASSET SECURITIES CORP. MORTGAGE
PASS-THROUGH CERTIFICATES,
2006-EQ1, *et al.*,

    Defendants.



FILED MAY 8 2012 CLERK, US DISTRICT COURT NORFOLK, VA

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant **AMERICA'S SERVICING COMPANY** in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**America's Servicing Company is a division of Wells Fargo Home Mortgage, Inc., which was merged into Wells Fargo Bank, NA, which is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo is a publicly traded federal savings association.**

**Or**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owner or members of non-publicly traded entities such as LLCs or other closely held entities:

**Or**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

May 8, 2011
Date

                                      Signature of Attorney or Litigant
                                      Counsel for Defendant America's Servicing Company

Note: *Under LR. 7.1(A)(1), this form is to be filed in duplicate with the Clerk of Court.*
Rev. 7/14/04

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2012, a true copy of the foregoing was sent *via* First-Class mail, postage prepaid, to:

> Leonard A. Bennett, Esq.
> Robin A. Abbot, Esq.
> Gary L. Abbot, Esq.
> CONSUMER LITIGATION ASSOC., P.C.
> 763 J. Clyde Morris Blvd., Suite 1-A
> Newport News, VA 23601
> (757) 930-3660
> (757) 930-3662
> *Counsel for Plaintiff*

By: _____
Hunter W. Sims, Jr. (VSB No. 9218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants*

11692926_1.DOC