IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**SEBRENA Y. TUCKER,**

      Plaintiff,

v.                                                       Case No. 4:12-cv-69-AWA-DEM

**U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE STRUCTURED
ASSET SECURITIES CORP. MORTGAGE
PASS-THRUGH CERTIFICATES, 2006-EQ1,**
et al.,

      Defendants.

## MOTION FOR EXTENSION OF TIME

      COMES NOW the Plaintiff, Sebrena Tucker, by counsel and moves this Honorable Court for an Extension of Time to file her responsive brief to Defendants' Motion to Dismiss until June 5, 2012, for the following reasons:

      1.      The instant case was originally filed in the Circuit Court for the City of Hampton and was removed to this Court on June 8, 2012.

      2.      Trial proceedings are in a very early stage.

      3.      Plaintiff's counsel are currently involved in a number of cases before this Court in the Richmond and Norfolk Divisions and need an additional short period of time to present Plaintiff's argument.

      4.      No party will suffer prejudice as a result of this extension.

      5.      The extension is not sought for delay purposes, but so that justice may be served.

      6.      The extension will not cause any delay in the trial proceedings as no date has yet been set for a scheduling conference and no trial date is set.

7. Defendants' counsel agrees to the requested extension.

WHEREFORE Plaintiff prays this Honorable Court grant her request for an Extension of Time and enter an Order extending the time for Plaintiff to file her responsive pleading to Defendants' Motion to Dismiss from May 21, 2012, to on or before June 5, 2012.

SEBRENA TUCKER

By: _____/s/_____
Robin A. Abbott, VSB #46596
Attorney for Sebrena Y. Tucker
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
rabbottlaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Hunter W. Sims, Jr., VSB #9218
J. Bradley Reaves, VSB #71389
R. Ellen Coley, VSB #75970
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

By: _____/s/_____
Robin A. Abbott, VSB #46596
Attorney for Sebrena Y. Tucker
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
rabbottlaw@msn.com
