IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**SEBRENA Y. TUCKER,**

    Plaintiff,

**v.**                                                           Case No. 4:12-cv-69-AWA-DEM

**U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE STRUCTURED
ASSET SECURITIES CORP. MORTGAGE
PASS-THRUGH CERTIFICATES, 2006-EQ1,**
et al.,

    Defendants.

**AGREED ORDER**

    CAME NOW the Plaintiff, Sebrena Y. Tucker, by counsel, upon her Joint Consent Motion for Extension of Time to File Responsive Brief to the Motion to Dismiss filed by Defendants, U.S. Bank National Association, Wells Fargo Bank, N.A., d/b/a America's Servicing Company, Equity Trustees, LLC, and Mortgage Electronic Registration Service, Inc.

    UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and Defendants, it is hereby,

    ORDERED, ADJUDGED and DECREED that Plaintiff's Joint Consent Motion for Extension of Time be, and hereby is, GRANTED, and it is further,

    ORDERED, ADJUDGED and DECREED that Plaintiff shall be GRANTED an extension of time until on or before June 5, 2012, to file her responsive pleadings to the Motion to Dismiss filed by U. S. Bank National Association, Wells Fargo, N.A. d/b/a America's Servicing Company, Equity Trustees, LLC and Mortgage Electronic Registration Service, Inc.

2

ENTERED this _____ day of _____, 2012.

_____
United States District Court Judge

WE ASK FOR THIS:

_____
Leonard A. Bennett, VSB #37523
Robin A. Abbott, VSB #46596
Gary L. Abbott, VSB #68829
Attorney for Sebrena Y. Tucker
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662


_____
Hunter W. Sims, Jr., VSB #9218
J. Bradley Reaves, VSB #71389
R. Ellen Coley, VSB #75970
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169