IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**SEBRENA Y. TUCKER,**

    Plaintiff,

v.                                                                                  Civil Action No. 4:12cv69

**U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE STRUCTURED
ASSET SECURITIES CORP. MORTGAGE
PASS-THROUGH CERTIFICATES,
2006-EQ1,** *et al.***,**

    **Defendants.**

<u>**MOTION AND MEMORANDUM TO PERMIT CERTAIN COUNSEL
FOR THE DEFENDANTS TO WITHDRAW**</u>

NOW COME the Defendants, U.S. Bank National Association, as Trustee for the Structured Asset Securities Corp. Mortgage Pass-Through Certificates, 2006-EQ1 ("U.S. Bank"), Wells Fargo Bank, N.A., d/b/a Americas Servicing Company ("ASC"), Equity Trustees, LLC ("Equity Trustees") and Mortgage Electronic Registration Service, Inc. ("MERS") (collectively, "Defendants"), by counsel, and move this Honorable Court for the entry of an order permitting J. Bradley Reaves, Esquire and R. Ellen Coley, Esquire to withdraw as counsel for the Defendants. The reason for the withdrawal is due to Mr. Reaves and Ms. Coley's departure from the law firm of Kaufman & Canoles, P.C. to form and practice law under their firm, ReavesColey PLLC.

Kaufman & Canoles, P.C. and Hunter W. Sims, Jr., Esquire will remain as counsel of record for the Defendants. In addition, other attorneys at Kaufman & Canoles, P.C. will be making appearances for the Defendants.

1

The Plaintiff does not object to the entry of an order in accordance with this motion. A copy of the proposed order is attached hereto marked **Exhibit A** and incorporated herein by reference. It is anticipated that within the next few days, a fully endorsed order, a copy of which is attached hereto as **Exhibit A**, will be presented to the Court for entry.

                **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH CERTIFICATES, 2006, WELLS FARGO BANK, N.A., D/B/A AMERICAS SERVICING COMPANY, EQUITY TRUSTEES, LLC AND MORTGAGE ELECTRONIC REGISTRATION SERVICE, INC.**

                By: /s/ Hunter W. Sims, Jr.
                        Of Counsel

Hunter W. Sims, Jr., Esquire (VSB No. 09218)
E-mail: hwsims@kaufcan.com
J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
R. Ellen Coley, Esquire (VSB No. 75970)
E-mail: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June 2012, a true copy of the foregoing ***Motion and Memorandum to Permit Certain Counsel for the Defendants to Withdraw*** is being filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Leonard A. Bennett, Esquire
Robin A. Abbott, Esquire
Gary L. Abbott, Esquire
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone:  (757) 930-3660
Fax:     (757) 930-3662
***Counsel for Plaintiff***

By: /s/ Hunter W. Sims, Jr.
Hunter W. Sims, Jr., Esquire (VSB No. 09218)
E-mail: hwsims@kaufcan.com
J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
R. Ellen Coley, Esquire (VSB No. 75970)
E-mail: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone:  (757) 624-3000
Fax:     (757) 624-3169
***Counsel for Defendants***

11743284