IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

SEBRENA Y. TUCKER,

    Plaintiff,

v.                                                         Civil Action No. 4:12cv69

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE STRUCTURED
ASSET SECURITIES CORP. MORTGAGE
PASS-THROUGH CERTIFICATES,
2006-EQ1, *et al.*,

    Defendants.

## AGREED ORDER

**ON THIS DAY** came Defendants, U.S. Bank National Association, as Trustee for the Structured Asset Securities Corp. Mortgage Pass-Through Certificates, 2006-EQ1, Wells Fargo Bank, N.A., d/b/a Americas Servicing Company, Equity Trustees, LLC and Mortgage Electronic Registration Service, Inc., by counsel, and moved for the withdrawal of attorneys J. Bradley Reaves, Esquire and R. Ellen Coley, Esquire from the case. Effective June 7, 2012, J. Bradley Reaves, Esquire and R. Ellen Coley, Esquire are no longer associated with the law firm Kaufman & Canoles, P.C. For good cause shown and by agreement of counsel, it is hereby

**ADJUDGED, ORDERED and DECREED** that J. Bradley Reaves, Esquire and R. Ellen Coley, Esquire are permitted to withdraw from the case and are hereby deemed **WITHDRAWN**.

    **ENTERED** this _____ day of June 2012.

                                                                                **The Honorable Mark S. Davis**



EXHIBIT A

Sebrena Y. Tucker v.
U.S. Bank National Association, etc., *et al.*
Civil Action No. 4:12cv69

**WE ASK FOR THIS:**

_____

Hunter W. Sims, Jr., Esquire (VSB No. 9218)
E-mail: hwsims@kaufcan.com
J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
R. Ellen Coley, Esquire (VSB No. 75970)
E-mail: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Defendants*

_____
J. Bradley Reaves, Esquire (VSB No. 71389)
E-mail: brad.reaves@reavescoley.com
ReavesColey PLLC
638 Independence Parkway, Suite 240
Chesapeake, VA 23320
Phone: 757/410.8066
Fax: 757/842.4839

_____
R. Ellen Coley, Esquire (VSB No. 75970)
E-mail: ellen.coley@reavescoley.com
ReavesColey PLLC
638 Independence Parkway, Suite 240
Chesapeake, VA 23320
Phone: 757/410.8066
Fax: 757/842.4839

2

Sebrena Y. Tucker v.
U.S. Bank National Association, etc., *et al.*
Civil Action No. 4:12cv69

**SEEN AND AGREED**:

_____
Susan M. Rotkis, Esquire (VSB No. 40693)
Leonard A. Bennett, Esquire (VSB No. 37523)
Robin A. Abbott, Esquire (VSB No. 46596).
Gary L. Abbott, Esquire (VSB No. 68829)
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660
Fax:    (757) 930-3662
*Counsel for Plaintiff*

11742593

3