UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**SEBRENA Y. TUCKER,**

    **Plaintiff,**

v.                                      Civil Action No. 4:12CV69-AWA

**U.S. BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
THE STRUCTURED ASSET SECURITIES
CORP. MORTGAGE PASS-THROUGH
CERTIFICATES, 2006-EQI, et al.,**

    **Defendants.**

## NOTICE OF APPEARANCE

Please take notice that Susan Mary Rotkis of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601, hereby enters her appearance on behalf of the Plaintiff in this case. Please copy her with all matters.

                Respectfully submitted,

                **Sebrena Y. Tucker,**

                        /s/
                Susan M. Rotkis, VSB #40693
                Attorney for Plaintiff
                CONSUMER LITIGATION ASSOCIATES, P.C.
                763 J. Clyde Morris Blvd., Ste 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone
                (757) 930-3662 – Facsimile
                srotkis@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of October 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christy Lee Murphy
Hunter Wilmer Sims
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 1200
Norfolk, VA 23510

                                            /s/
                                    Susan M. Rotkis, VSB #40693
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    763 J. Clyde Morris Blvd., Ste 1-A
                                    Newport News, Virginia 23601