UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

SEBRENA Y. TUCKER,                :
                                  :
        Plaintiff,                :
                                  :
v.                                :        ACTION NO. 4:12CV69
                                  :
U.S. BANK NATIONAL ASSOCIATION, As Trustee, :
for the Structured Asset Securities Corp., Mortgage :
Pass-Through Certificates, 2006-EQ1, et al. :
                                  :
        Defendants.               :

## ORDER

Plaintiff, Sebrena Y. Tucker ("Tucker"), moves the Court for leave to file supplemental authority related to the Defendants' Motion to Dismiss. The supplemental authority identified is a Memorandum Opinion from the Richmond Division of this Court which Tucker states bears on the issues addressed in the Defendants' pending motion.

The Defendants did not oppose Tucker's Motion for Leave, and the time for doing so is now expired. Accordingly, for the reasons stated in the motion, Tucker is GRANTED leave to file supplemental authority, and the brief and attached Memorandum Opinion in the case of Bourdelais v. JP Morgan Chase Bank, N.A., Civ. No. 3:10cv670 (E.D.Va., Nov. 5, 2012) is ORDERED FILED.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
November 28, 2012